UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG ALLEN INGRAM,

       Petitioner,                  Case No. 20-cv-11376
                                                Hon. Matthew F. Leitman

v.

J. HEMINGWAY,

       Respondent.
_____/

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S
MOTION TO APPOINT COUNSEL (ECF No. 6)**

     Petitioner Craig Allen Ingram is a federal prisoner confined at the Federal Correctional Institution in Milan, Michigan. Ingram has filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) The Court reviewed the petition and ordered Ingram to show cause, in writing, by not later than August 21, 2020, why the petition should not be dismissed under 28 U.S.C. § 2244(a). (*See* Show Cause Order, ECF No. 5.)

     On June 7, 2020, Ingram filed a motion in which he asked the Court to appoint him counsel. (*See* Mot., ECF No. 6.) Given the issues raised in the Court's show cause order, the Court is not persuaded to appoint counsel for Ingram at this time. Accordingly, Ingram's motion to appoint counsel is **DENIED WITHOUT PREJUDICE.**

     IT IS SO ORDERED.

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
Dated: July 15, 2020              UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764