## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CRAIG ALLEN INGRAM,

               Petitioner,                    Case No. 20-cv-11376
                                             Hon. Matthew F. Leitman

v.

J. HEMINGWAY,

               Respondent.

_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that Petitioner Craig Allen Ingram's petition for a writ of habeas corpus

(ECF No. 1) is **DISMISSED**.


                                        KINIKIA D. ESSIX
                                        CLERK OF THE COURT

                                        By:  s/Holly A. Monda_____
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____        Dated: January 5, 2021
Matthew F. Leitman                    Flint, Michigan
United States District Court